**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1696**

CARA ELIZABETH LIBERTO DODSON,

        Plaintiff - Appellant,

    v.

THE LUTHERAN VILLAGE AT MILLERS GRANT, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Erin Aslan, Magistrate Judge.  (1:23-cv-00169-EA)

Submitted:  February 26, 2026                Decided:  March 2, 2026

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Terrell N. Roberts, III, ROBERTS & WOOD, Riverdale, Maryland, for Appellant.  Ralph L. Arnsdorf, Scott H. Phillips, Patrick M. Wachter, FRANKLIN & PROKOPIK, P.C., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cara Elizabeth Liberto Dodson appeals the magistrate judge's[*] order granting Defendant summary judgment on Liberto Dodson's religious discrimination and failure-to-accommodate claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and denying her "Motion for Leave to Produce Evidence Essential to Justify Opposition to a Motion for Summary Judgment and to Modify the Scheduling Order."  We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Liberto Dodson v. The Lutheran Vill. at Millers Grant, Inc.*, No. 1:23-cv-00169-EA (D. Md. May 22, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c).